IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TARLESHA MCPHEARSON**                                                                             **PLAINTIFF**

v.                           No. 4:24-cv-01025-LPR-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                                               **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 10*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 19 March 2025.

_____
UNITED STATES MAGISTRATE JUDGE